IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-cv-00280-FL

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2005-4 and NOVASTAR MORTGAGE, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> HANNIA M. ADAMS and H. CLAYTON ADAMS, <br><br> Defendants. | **ORDER FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT HANNIA M. ADAMS** <br><br> Fed. R. Civ. P. 55 |

THIS MATTER came before the Clerk on Plaintiff's Motion for Entry of Clerk's Default [DE 10] as to Hannia M. Adams. The Court finds that an evidentiary hearing is not required, the matter is otherwise ripe for review and finds as follows:

1. On May 30, 2012, Plaintiff filed a complaint against Ms. Adams alleging, inter alia, that Ms. Adams breached the terms of and defaulted on a negotiable instrument and was therefore entitled to judicially foreclosure on the real property securing that instrument [Doc 1] for which summons issued as to Defendant Hannia M. Adams [Doc 7]. Plaintiff caused the Summons and Complaint to be

personally served upon Hannia M. Adams on June 1, 2012, as is demonstrated by the Proof of Service [Doc 10].

2. Defendant Hannia M. Adams has not filed an answer or responsive pleadings within twenty-one (21) days of service of the Complaint and is in default of the Complaint.

3. Therefore, Plaintiff is entitled to a Clerk's Entry of Default as to its Complaint against Defendant Hannia M. Adams as provided by Fed. R. Civ. P. 55 (a).

Accordingly, after a careful review of the record and the Court being otherwise fully advised, it is ORDERED AND ADJUDGED that Plaintiff's Motion for Clerk's Entry of Default against Defendant Hannia M. Adams is granted.

DONE AND ORDERED this 10th day of August, 2012.

*Julie A. Richards*
JULIE A. RICHARDS, Clerk of Court
United States District Court
Eastern District of North Carolina

CC:

Hannia M. Adams
2319 Woodrow Drive
Raleigh, NC 27609