IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
**No. 5:12-cv-00280-FL**

DEUTSCHE BANK NATIONAL ) 
TRUST COMPANY, AS TRUSTEE )
FOR SOUNDVIEW HOME LOAN )
TRUST 2005-4 and NOVASTAR )
MORTGAGE, INC., ) **ORDER GRANTING JOINT**
                                               ) **MOTION TO STAY LITIGATION**
    Plaintiffs, ) **PENDING EXECUTION OF**
                                                 ) **FINAL SETTLEMENT**
vs. ) **AGREEMENT**
                                                 )
HANNIA M. ADAMS and H. )
CLAYTON ADAMS, )
                                                 )
    Defendants. )

      **THIS MATTER** came before the Court on Plaintiffs' and Defendants' Joint

Motion to Stay Litigation Pending Execution of Final Settlement Agreement (the

"Motion"). Having considered the Motion, the Court hereby **GRANTS** the Motion

and **ORDERS** that this matter, including all pending deadlines, be placed on an

administrative stay until further notice from the Court. The Court also **ORDERS**

the parties to provide the Court with a status update by February 6, 2013 if they

have not dismissed this action by that date.

1

DONE AND ORDERED this 10TH day of January, 2013.

_____
The Honorable Louise Wood Flanagan
United States District Judge
Eastern District of North Carolina